1   Douglas J. Melton, Bar No. 161353
    Shane M. Cahill, Bar No. 227972
2   LONG & LEVIT LLP
    465 California Street, 5th Floor
3   San Francisco, California  94104
    Telephone:      (415) 397-2222
4   Facsimile:      (415) 397-6392
    Email:          dmelton@longlevit.com
5                   scahill@longlevit.com

6   Attorneys for San Francisco Defendants

7   [Additional Counsel Listed on Signature Page]

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  JANE ROE, et al.                          Civil Case No. 14-cv-03616-LB

11               Plaintiffs,                   Related Cases: 16-cv-03371-LB
                                                              17-cv-00138-LB
12          v.                                                17-cv-05288-LB
                                                              17-cv-06971-LB
13  SFBSC MANAGEMENT, LLC, et al.,                            19-cv-03960-LB

14               Defendants.                   **UPDATED CASE MANAGEMENT
                                               STATEMENT AND REQUEST TO
15                                             CONTINUE 4/21/2022 HEARING ON
                                               MOTION FOR PRELIMINARY
16                                             APPROVAL OF SETTLEMENT**
    NICOLE HUGHES, et al.
17                                             The Honorable Laurel Beeler
                 Plaintiffs,
18
            v.
19
    S.A.W. ENTERTAINMENT, LTD., et al.,
20
                 Defendants.
21

22
    ELANA PERA, et al.
23
                 Plaintiffs,
24
            v.
25
    S.A.W. ENTERTAINMENT, LTD., et al.,
26
                 Defendants.
27

28
                                               1

UPDATED CMC STATEMENT AND REQUEST TO CONTINUE HEARING – *ROE v. SFBSC MANAGEMENT, LLC ET AL.*, CIVIL CASE NO. 14-CV-03616-LB AND RELATED CASES

4860-3673-3981, v. 1

1

2

POOHRAWN MEHRABAN,

Plaintiffs,

3

v.

4

BT California, LLC, et al.,

5

Defendants.

6

7

8

ELAINE GOMEZ-ORTEGA, et al.

Plaintiffs,

9

v.

10

DÉJÀ VU – SAN FRANCISCO, LLC, et al.,

11

Defendants.

12

13

14

JANE ROES 1 AND 2, et al.

Plaintiffs,

15

v.

16

DÉJÀ VU SERVICES, INC., et al.,

17

Defendants.

18

19

20

21

22

23

24

25

26

27

28

UPDATED CMC STATEMENT AND REQUEST TO CONTINUE HEARING – *ROE v. SFBSC MANAGEMENT, LLC ET AL.*, CIVIL CASE NO. 14-CV-03616-LB AND RELATED CASES

4860-3673-3981, v. 1

1    After extensive negotiations between the parties, an agreement in principle has been

2    reached to resolve the objections to the Settlement Agreement in the "San Francisco Roe"

3    (Case No. 14-cv-03616-LB) and "San Diego Roe" (Case No. 19-cv-03960-LB ) actions,

4    which were filed by the Lichten & Liss-Riordan law firm on February 25, 2022 and March 21,

5    2022, respectively.  *See,* San Francisco Roe ECF No. 244; San Diego Roe ECF No. 109.  The

6    parties are evaluating necessary modifications to the Settlement Agreement that will or may

7    need to be made as part of resolution of the objections.  Moreover, the parties will be

8    preparing and submitting briefing, including a potential motion or proposed stipulation and

9    order, to the Court for approval of resolution of the objections pursuant to Fed. Rule of Civ.

10   Pro. Sec. 23(e)(5)(B).  Based on the foregoing, and after conferring with Plaintiffs' and

11   Objectors' counsel, the parties propose that the April 21, 2022 hearing on Plaintiffs' motion

12   for preliminary approval be continued 21 days, or to a later date as convenient for the Court.

14   DATED: April 19, 2022                    LONG & LEVIT LLP

15                                            By:    /s/ *Shane M. Cahill*
                                             _____
16                                            DOUGLAS J. MELTON, SBN 161353
                                             SHANE M. CAHILL, SBN 227972
17                                            Attorneys for Defendants
                                             SFBSC MANAGEMENT, LLC and the SAN
18                                            FRANCISCO NIGHTCLUBS

3

UPDATED CMC STATEMENT AND REQUEST TO CONTINUE HEARING – *ROE v. SFBSC MANAGEMENT, LLC ET AL.*, CIVIL CASE NO. 14-CV-03616-LB AND RELATED CASES

4860-3673-3981, v. 1