1  Douglas J. Melton, Bar No. 161353
   Shane M. Cahill, Bar No. 227972
2  LONG & LEVIT LLP
   465 California Street, 5th Floor
3  San Francisco, California  94104
   Telephone:     (415) 397-2222
4  Facsimile:     (415) 397-6392
   Email:         dmelton@longlevit.com
5                 scahill@longlevit.com

6  Attorneys for San Francisco Defendants

7  [Additional Counsel Listed on Signature Page]

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  JANE ROE, et al. | Civil Case No. 14-cv-03616-LB |
| 11              Plaintiffs, | Related Cases: 16-cv-03371-LB |
| 12        v. | 17-cv-00138-LB |
|  | 17-cv-05288-LB |
| 13  SFBSC MANAGEMENT, LLC, et al., | 17-cv-06971-LB |
|  | 19-cv-03960-LB |
| 14              Defendants. | ~~PROPOSED~~ **BRIEFING SCHEDULING FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND RESOLUTION OF OBECTIONS** |
| 15  | |
| 16  NICOLE HUGHES, et al. | |
| 17              Plaintiffs, | The Honorable Laurel Beeler |
| 18        v. | |
| 19  S.A.W. ENTERTAINMENT, LTD., et al., | |
| 20              Defendants. | |
| 21  | |
| 22  ELANA PERA, et al. | |
| 23              Plaintiffs, | |
| 24        v. | |
| 25  S.A.W. ENTERTAINMENT, LTD., et al., | |
| 26              Defendants. | |
| 27  | |

28

| | |
|---|---|
| 1 | POOHRAWN MEHRABAN, |
| 2 |      Plaintiffs, |
| 3 |   v. |
| 4 | BT California, LLC, et al., |
| 5 |      Defendants. |

POOHRAWN MEHRABAN,

    Plaintiffs,

  v.

BT California, LLC, et al.,

    Defendants.

---

ELAINE GOMEZ-ORTEGA, et al.

    Plaintiffs,

  v.

DÉJÀ VU – SAN FRANCISCO, LLC, et al.,

    Defendants.

---

JANE ROES 1 AND 2, et al.

    Plaintiffs,

  v.

DÉJÀ VU SERVICES, INC., et al.,

    Defendants.

Civil Case No. 14-cv-03616-LB   2
[PROPOSED] BRIEFING SCHEDULE RE MOTION RE
MOTION FOR PRELIMINARY APPROVAL AND RESOLUTION OF OBJECTIONS

4867-3720-4754, v. 2

On February 11, 2022, Plaintiffs in *Roe v. SFBSC Management, LLC*, Case 3:14-cv-03616-LB (the "Roe Action"), filed a motion for preliminary approval of a settlement reached by the parties in the Roe action and in *Jane Roe 1 and 2 v. Deja Vu Services, Inc., et al.*, Case No. 19-cv-03960-LB (the "San Diego Action"). Roe Action ECF No. 239. The motion for preliminary approval in the San Diego Action was filed on March 7, 2022. San Diego Action ECF No. 107. On February 25, 2022 and March 21, 2022, objection to the proposed settlement were filed by the Lichten & Liss-Riordan law firm on. *See,* Roe Action ECF No. 244; San Diego Action ECF No. 109.

After extensive negotiations between the parties, an agreement in principle has been reached to resolve the objections to the Settlement Agreement in the Roe Action and the San Diego Action. The parties will be preparing and submitting briefing to the Court for approval of the settlement and resolution of the objections, and propose the following briefing schedule and hearing date:

- Briefing, including any motions or updated motions, for preliminary approval of the settlement and resolution of objections will be filed and served by May 25, 2022.
- Any oppositions or responses must be filed and served by June 8, 2022. Any reply briefs must be filed and served by June 15, 2022.
- The hearing for the motion for preliminary approval of the settlement and resolution of objections will be on June 30, 2022 at 9:30 a.m.
- The parties request that the currently scheduled May 19, 2022 hearing be vacated.

DATED: April 27, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LONG & LEVIT LLP

　　　　　　　　　　　　　　　　　　By:　/s/ *Shane M. Cahill*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOUGLAS J. MELTON, SBN 161353
　　　　　　　　　　　　　　　　　　　　SHANE M. CAHILL, SBN 227972
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　SFBSC MANAGEMENT, LLC and the SAN FRANCISCO NIGHTCLUBS

|   |   |   |
|---|---|---|
| 1 | | THE TIDRICK LAW FIRM LLP |
| 2 | By: | /s/ *Joel B. Young* |
| 3 | | _____ |
| | | STEVEN G. TIDRICK, SBN 224760 |
| | | JOEL B. YOUNG, SBN 236662 |
| 4 | | Attorneys for Plaintiffs *JANE ROES 1-21* in Case No. 14-cv-03616-LB |

LICHTEN & LISS-RIORDAN, P.C.

By:   /s/ *Shannon Liss-Riordan*

_____
SHANNON LISS-RIORDAN
Attorneys for Plaintiffs in *HUGHES V. S.A.W. ENTERTAINMENT, LTD., et al.*, Case No. 16-cv-03371-LB and Intervenors in JANE ROE NO. 1 and 2 in Case No. 19-cv-03960-LB

SOMMERS SCHWARTZ, P.C.

By:   /s/ *Trenton Kashima*

_____
JASON J. THOMPSON
TRENTON KASHIMA
Attorneys for Plaintiffs JANE ROE NO. 1 and 2 in Case No. 19-cv-03960-LB

NELSON MULLINS RILEY & SCARBOROUGH, LLP

By:   /s/ *Tammara N. Bokmuller*

_____
TAMMARA N. BOKMULLER
Attorneys for Defendants Déjà Vu Services, Inc., Harry Mohney, Grapevine Entertainment, Inc. d/b/a Déjà Vu Showgirls; Nite Life East, LLC d/b/a Little Darlings; SP Star Enterprise, Inc. d/b/a Déjà Vu; Coldwater, LLC d/b/a Deja Vu Showgirls; 3610 Barnett Ave., LLC d/b/a Adult Superstore; Jolar Cinema of San Diego, Ltd. d/b/a Jolar Cinema Showgirls; Showgirls of San Diego, Inc. d/b/a Deja Vu Showgirls; Stockton Enterprises, LLC d/b/a Deja Vu Showgirls; Cathay Entertainment, Inc.; and, Eyefull, Inc. d/b/a Déjà Vu Showgirls in *JANE ROE NO. 1 and 2* in Case No. 19-cv-03960-LB

Civil Case No. 14-cv-03616-LB                                                            4
[PROPOSED] BRIEFING SCHEDULE RE MOTION RE
MOTION FOR PRELIMINARY APPROVAL AND RESOLUTION OF OBJECTIONS

4867-3720-4754, v. 2

**ATTTESTATION PURSUANT TO N.D. CAL. LOCAL RULE 5-1**

Pursuant to N.D. Cal. Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 27, 2022                    LONG & LEVIT LLP

                                                    By:   /s/ *Shane M. Cahill*
                                                    DOUGLAS J. MELTON, SBN 161353
                                                    SHANE M. CAHILL, SBN 227972
                                                    Attorneys for Defendant
                                                    SFBSC MANAGEMENT, LLC

**[~~PROPOSED~~] ORDER**

The Court hereby ORDERS as follows:

Briefing, including any motions or updated motions, for preliminary approval of the settlement and resolution of objections will be filed and served by May 25, 2022.

Any oppositions or responses must be filed and served by June 8, 2022. Any reply briefs must be filed and served by June 15, 2022.

The hearing for the motion for preliminary approval of the settlement and resolution of objections will be on June 30, 2022 at 9:30 a.m.

The currently scheduled May 19, 2022 hearing is hereby vacated.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
Hon. Laurel Beeler
United States Magistrate Judge

Civil Case No. 14-cv-03616-LB                    6
[PROPOSED] BRIEFING SCHEDULE RE MOTION RE
MOTION FOR PRELIMINARY APPROVAL AND RESOLUTION OF OBJECTIONS

4867-3720-4754, v. 2